# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1742

———————————————

VICTOR JEROME BELL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

June 21, 2018

PER CURIAM.

The petition for writ of habeas corpus is dismissed. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

LEWIS, MAKAR, and M.K. THOMAS, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Victor Jerome Bell, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.